IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ALISA NELSON                                                                                              PLAINTIFF

vs.                                      Civil No. 6:13-cv-06078

CAROLYN W. COLVIN                                                                              DEFENDANT
Commissioner, Social Security Administration

## MEMORANDUM OPINION

Before the Court is Defendant's Motion to Remand.  ECF No. 9.  The Parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings.  ECF No. 7.  Pursuant to this authority, this Court issues this Memorandum Opinion.

On August 29, 2013, Defendant filed the present Motion.  ECF No. 9.  Defendant seeks a remand pursuant to Sentence 6 of 42 U.S.C. § 405(g) for further administrative proceedings.  *Id.* Plaintiff has responded to this Motion and does not object to this remand.  ECF No. 11.  After considering this Motion, the Court **GRANTS** Defendant's Motion to Remand.  ECF No. 9.  A judgment incorporating these findings will be entered pursuant to Federal Rules of Civil Procedure 52 and 58.

**ENTERED this 16th day of September 2013.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE

1