IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ALISA NELSON                                                                                           PLAINTIFF

vs.                                    Civil No. 6:13-cv-06078

CAROLYN W. COLVIN                                                                               DEFENDANT
Commissioner, Social Security Administration

**MEMORANDUM OPINION**

    Before the Court is Defendant's Motion to Remand.  ECF No. 9.  The Parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings.  ECF No. 7.  Pursuant to this authority, this Court issues this Memorandum Opinion.

    On August 29, 2013, Defendant filed the present Motion.  ECF No. 9.  Defendant seeks a remand pursuant to Sentence 6 of 42 U.S.C. § 405(g) for further administrative proceedings.  *Id.*  Plaintiff has responded to this Motion and does not object to this remand.  ECF No. 11.  After considering this Motion, the Court **GRANTS** Defendant's Motion to Remand.  ECF No. 9.  A judgment incorporating these findings will be entered pursuant to Federal Rules of Civil Procedure 52 and 58.

    **ENTERED this 16th day of September 2013.**

                                                                                      /s/  Barry A. Bryant_____
                                                                                      HON. BARRY A. BRYANT
                                                                                      U. S. MAGISTRATE JUDGE